

# THE ZALKIN LAW FIRM, P.C.

12555 High Bluff Drive . Suite 301 . San Diego . CA 92130 . tel 858-259-3011 fax 858-259-3015

Irwin M. Zalkin, Esq. Licensed in CA, NY and DC                                          www.zalkin.com

Devin M. Storey, Esq. Licensed in CA and NY
Alexander S. Zalkin, Esq. Licensed in CA
Lisa J. Gary, Esq. Licensed in CA
Ryan M. Cohen, Esq. Licensed in CA
Jacqueline J. McQuarrie, Esq. Licensed in CA

September 27, 2016

Hon. Denise J. Casper
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Courtroom 11, 5th Floor
Boston, Massachusetts 02210

Re: Leader v. Harvard University Board of Overseers, et al. – 1:16-CV-10254-DJC

Dear Judge Casper,

Plaintiff's counsel respectfully submits this letter to inform Your Honor that at oral argument for Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Motion to Strike Immaterial and Prejudicial Allegations in the above referenced case, Plaintiff's counsel intends to rely on the following two additional authorities not cited in Plaintiff's opposition brief:

1. *Meritor Sav. Bank, FSB v. Vinson*, 477 U.S. 57 (1986)
2. *Lipsett v. U. of Puerto Rico*, 864 F.2d 881 (1st Cir. 1988)

Sincerely,

Alexander S. Zalkin

cc:     Apalla U. Chopra, Esq. achopra@omm.com
        Danielle C. Gray, Esq. dgray@omm.com