UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
Alyssa Leader                                               )
       Plaintiff,                                  )      **1:16-cv-10254-DJC**
  v.                                                           )
                                                    )
President and Fellows of Harvard College   )
       Defendant                                  )
_____)

## ORDER OF RECUSAL

**Kelley, M.J.**

      I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                                                    /s/ M. Page Kelley
                                                    M. Page Kelley
                                                    United States Magistrate Judge

Date:  October 27, 2017