UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ALYSSA LEADER**
    Plaintiff(s)

v.            CIVIL ACTION NO. **16-10254-DJC**

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court**. In accordance with the Memorandum and Order, D. 141;

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant.

Robert M. Farrell, Clerk

Dated: June 29, 2018                         /s/ Lisa M. Hourihan
                                                      ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                                                                            [jgm.]