# United States Court of Appeals
## For the First Circuit

---

No.     18-1716

ALYSSA LEADER

Plaintiff - Appellant

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Defendant - Appellee

HARVARD UNIVERSITY BOARD OF OVERSEERS

Defendant

---

**JUDGMENT**

Entered: November 14, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sara Elizabeth Burns
Alexander Solomon Zalkin
Victoria L. Steinberg
Corrina L. Hale
Bradley N. Garcia
Apalla U. Chopra
Patrick D. McKegney
Wendy J. Murphy